IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 322-009 |
| | ) | |
| GLADYS HARUN | ) | |

_____

**O R D E R**

_____

Counsel have advised the Court all pretrial motions have been satisfied or otherwise resolved.  (See doc. no. 91.)  Therefore, a motions hearing is not necessary, and the pending motions referred to the undersigned are **MOOT**.  (Doc. nos. 78, 79.)

SO ORDERED this 20th day of March, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA